UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| AGRAKEY SOLUTIONS, LLC AND JOHN REITSMA,<br><br>    Plaintiffs,<br>v.<br><br>MID-CONTINENT CASUALTY COMPANY,<br><br>    Defendant. | Case No. 1:10-cv-00570-S-EJL<br><br>**JUDGMENT** |

Based upon this Court's Memorandum Decision and Order, entered herewith, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Plaintiff take nothing from the Defendant and this case is hereby **DISMISSED IN ITS ENTIRETY**.

DATED: **March 14, 2012**

Honorable Edward J. Lodge
U. S. District Judge

JUDGMENT- 1